UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STEVE MORSA,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.<br><br>        Defendant. | Case No. 8:14-cv-00161-JLS -JPR<br><br>**DISCOVERY MATTER**<br><br>**ORDER GRANTING AMENDED STIPULATED PROTECTIVE ORDER** |

Having considered the amended joint stipulation to enter Amended Stipulated Protective Order submitted herewith, it is hereby ORDERED that the Amended Stipulated Protective Order is GRANTED.

Dated: October 29, 2014

_____
Honorable Jean P. Rosenbluth
United States Magistrate Judge

Case No. 8:14-cv-00161-JLS –JPR

[PROPOSED] ORDER REGARDING PROTECTIVE ORDER MOTION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO