| | |
|---|---|
| 1 | COOLEY LLP<br>MICHAEL G. RHODES (116127) |
| 2 | (rhodesmg@cooley.com)<br>101 California Street, 5th Floor |
| 3 | San Francisco, CA  94111-5800<br>Telephone:  (415) 693-2000 |
| 4 | Facsimile:   (415) 693-2222 |
| 5 | COOLEY LLP<br>HEIDI L. KEEFE (178960) |
| 6 | (hkeefe@cooley.com)<br>MARK R. WEINSTEIN (193043) |
| 7 | (mweinstein@cooley.com)<br>ELIZABETH L. STAMESHKIN (260865) |
| 8 | (lstameshkin@cooley.com)<br>3175 Hanover Street |
| 9 | Palo Alto, CA  94304-1130<br>Telephone:  (650) 843-5000 |
| 10 | Facsimile:   (650) 849-7400 |
| 11 | PHILLIP E. MORTON (*pro hac vice*)<br>(pmorton@cooley.com) |
| 12 | One Freedom Square<br>Reston Town Center |
| 13 | 11951 Freedom Drive<br>Reston, VA 20190-5656 |
| 14 | Telephone: (703) 456-8000 |
| 15 | Attorneys for Defendant<br>Facebook, Inc. |
| 16 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| STEVE MORSA,<br><br>                    Plaintiff,<br><br>       v.<br><br>FACEBOOK, INC.,<br><br>                    Defendants. | Case No.  8:14-cv-00161-JLS -JPR<br><br>**DECLARATION OF ELIZABETH L. STAMESHKIN IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS OF INVALIDITY UNDER 35 U.S.C. § 101**<br><br>DATE: DECEMBER 19, 2014<br>TIME: 2:30 P.M.<br>COURTROOM: 10-A<br>HON. JOSEPHINE L. STATON |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STAMESHKIN DECL. ISO MTN FOR JUDGMENT
ON THE PLEADINGS
CASE NO. 14-CV-00161-JLS-JPR

I, Elizabeth L. Stameshkin, declare as follows:

1. I am an associate in the law firm of Cooley LLP, and counsel of record for Defendant Facebook, Inc. ("Facebook"), in the above-captioned matter. I submit this declaration in support of Defendant's Motion for Judgment on the Pleadings of Invalidity Under 35 U.S.C. § 101. I make this declaration based on personal knowledge, and if called upon to do so, could testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of United States Patent No. 7,904,337 B2.

3. Attached as Exhibit 2 is a true and correct copy of United States Patent No. 8,341,020 B2.

4. Attached as Exhibit 3 is a true and correct copy of the USPTO's September 21, 2012 Non-Final Rejection Office Action Summary.

5. Attached as Exhibit 4 is a true and correct copy of the USPTO's October 2, 2012 Claims and Response to Office Action.

6. Attached as Exhibit 5 is a true and correct copy of the USPTO's March 2, 2010 Non-Final Rejection Office Action Summary.

7. Attached as Exhibit 6 is a true and correct copy of the USPTO's August 31, 2010 Supplemental Response to Office Action.

8. Attached as Exhibit 7 is a true and correct copy of a web page retrieved on November 11, 2014 from the website of USPTO http://www.uspto.gov/patents/announce/alice_pec_25jun2014.pdf.

9. Attached as Exhibit 8 is a true and correct copy of United States Patent No. 6,269,361 B1.

10. Attached as Appendix A is a chart, prepared by attorneys for Facebook in support of this Motion, which identifies how each asserted claim of the patents-in-suit could be practiced without a computer.

11. Attached as Appendix B are three documents I prepared that demonstrate the extent of Plaintiff's copying of the patents-in-suit from United

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STAMESHKIN DECL. ISO MTN FOR JUDGMENT
ON THE PLEADINGS
CASE NO. 14-CV-00161-JLS-JPR

1  States Patent No. 6,269,361.

2  12.  Appendix B-1 is a copy of U.S. Patent No. 7,904,337 with yellow highlighting showing what material in the specification is identical to that of U.S. Patent No. 6,269,361.

3  13.  Appendix B-2 is a copy of U.S. Patent No. 6,269,361 with green highlighting showing what material in the specification is identical to that of U.S. Patent No. 7,904,337.

4  14.  I prepared Appendices B-1 and B-2 by first copying text for each patent from https://www.google.com/patents/US6269361 and https://www.google.com/patents/ US7904337 into two Microsoft Word documents, running a redline comparison between the two patents' text, and highlighting the identical passages in each patent using Adobe Acrobat.

5  15.  Appendix B-3 are copies of each of Figures 1-9 of U.S. Patent No. 7,904,337 next to each of Figures 1-9 of U.S. Patent No. 6,269,361.

6  16.  I prepared Appendix B-3 by taking screen shots of each of the Figures of each patent and pasting them into a document next to each other.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 13th day of November, 2014 at Palo Alto, California.

 /s/ *Elizabeth L. Stameshkin*
Elizabeth L. Stameshkin

ATTORNEYS AT LAW
PALO ALTO

3.

STAMESHKIN DECL. ISO MTN FOR JUDGMENT
ON THE PLEADINGS
CASE NO. 14-CV-00161-JLS-JPR