JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10
11

STEVE MORSA,

**Case No.  SACV 14-161-JLS (JPRx)**

12

Plaintiff,

**JUDGMENT**

13

v.

14

FACEBOOK, INC.

15

Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

1  **WHEREAS** on February 4, 2014, plaintiff Steve Morsa filed the Complaint

2  in the present action (Doc. 1);

3  **WHEREAS** on November 13, 2014, defendant Facebook, Inc. filed a

4  Motion for Judgment on the Pleadings Under 35 U.S.C. § 101 (Doc. 56);

5  **WHEREAS** the Court held oral argument on December 19, 2014; and

6  **WHEREAS** by order dated December 23, 2014, the Court granted

7  Facebook's motion (Doc. 66)

8

9  **THEREFORE**, in accordance with the Court's order of December 23, 2014

10  finding the asserted claims invalid under 35 U.S.C. § 101, **IT IS HEREBY**

11  **ORDERED, ADJUDGED, AND DECREED THAT** judgment is hereby entered

12  in favor of Facebook and against Morsa, with Morsa to take nothing by way of his

13  claims.

14

15

16

17  DATED:  January 5, 2015  _____

18  HON. JOSEPHINE L. STATON
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28